**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARGARITA CORNIEL PICHARDO,

                          Plaintiff,                    **ORDER**

        -against-                      **25-CV-9468 (DEH) (JW)**

THE HOME DEPOT, INC.,

                          Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of the Parties proposed case management plan which indicates the parties willingness to consent to Magistrate Judge jurisdiction.  Dkt. No. 9.  If the Parties wish to consent, they must file a consent form, which can be found at nysd.uscourts.gov/hon-jennifer-e-willis, for Judge Ho's consideration.

SO ORDERED.

DATED:    New York, New York
            December 8, 2025

                                        _____
                                        JENNIFER E. WILLIS
                                        United States Magistrate Judge