**AARONSON**

Aaronson Rappaport Feil

April 2, 2026

Magistrate Judge Hon. Jennifer E. Willis
United States District Court – Southern District of New York
40 Foley Square
New York, New York 10007

Re:    CORNIEL PICHARDO, MARGARITA v. THE HOME DEPOT U.S.A, INC.
       Docket No.:    1:25-cv-9468
       File No.:      670.081

> The Court understands delays can occur when large corporations are involved. However, that does not excuse the lack of communication with Plaintiff, nor the lack of responsiveness to Plaintiff's requests. A discovery conference is scheduled for **May 7 at 10:30 AM** in Courtroom 228 at 40 Foley Square. The Parties are to file a joint letter by **May 1, 2026** updating the Court on the status of discovery. If the issues are resolved, the Court will adjourn the conference.
> SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> April 6, 2026

Dear Honorable Judge Willis:

Our office represents the interests of Defendant, **The Home Depot, Inc. d/b/a Home Depot U.S.A., Inc.**, in the above-mentioned matter.

In response to the Letter Motion filed by plaintiff's counsel earlier today, please be advised that our office is in receipt of plaintiff's discovery demands and has prepared the requested proposed responses. We have since sent our proposed responses to National Discovery Counsel for Home Depot for their approval, pursuant to their policy, and respectfully request an extension of time to allow for their review and to ensure the preservation of Defendant's rights under the law. Defendant is also in the process of obtaining materials demanded by plaintiff for their production so that the same can be disclosed as soon as practicable. Defendant has in no way intended to delay the prosecution of this matter; rather, Defendant is working diligently to obtain, review, and disclose the materials demanded. Given the foregoing, we respectfully request this Court grant Defendant an extension of thirty (30) days to finalize and provide the subject responses. We have no objection to plaintiff's request for a conference and look forward to discussing the matter further on a date you deem appropriate.

Thank you in advance for your consideration of our request. Should you require any additional material or information from our office, please do not hesitate to contact the undersigned.

Very truly yours,

Marita A. Williams
MAW\maw